**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6358**

———————

UNITED STATES OF AMERICA,

                                  Plaintiff - Appellee,

        versus

GEORGE EDWARD WILLIAMS, JR.,

                                  Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-92-228, CA-97-631-2)

———————

Submitted:  June 21, 2001          Decided:  June 29, 2001

———————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

George Edward Williams, Jr., Appellant Pro Se.  Steven Hale Levin, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Edward Williams, Jr., seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000), and denying his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record, the district court's order accepting the magistrate judge's recommendation to deny § 2255 relief, and the court's order denying the Rule 59(e) motion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] United States v. Williams, Nos. CR-92-228; CA-97-631-2 (M.D.N.C. Jan. 29, 1999 & Sept. 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Williams' claim that his sentence is not proper in light of the rule announced in Apprendi v. New Jersey, 530 U.S. 466 (2000), is without merit. We recently held in United States v. Sanders, 247 F.3d 139 (4th Cir. 2001), that the new rule announced in Apprendi is not retroactively applicable to cases on collateral review. We also decline to address the new ineffective assistance of counsel claim raised by Williams for the first time on appeal. Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993) (holding that issues raised for first time on appeal generally will not be considered absent exceptional circumstances of plain error or fundamental miscarriage of justice).

2